# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| SANDRA FIKANI,<br><br>                    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | No. CV 19-64-BU-SEH<br><br>**ORDER** |

The Court will conduct the preliminary pretrial conference set for 11:00 a.m. on April 21, 2020, by telephonic conference call.

The parties shall file a notice setting forth the number at which they may be reached for the call on or before April 17, 2020.

DATED this 13th day of April, 2020.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge