# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| SANDRA FIKANI,<br><br>                      Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA and C&W FACILITY SERVICES, INC.,<br><br>                      Defendants. | No. CV 19-64-BU-SEH<br><br>**ORDER** |

Defendant United States has moved for summary judgment.[1] The motion does not comply with L.R. 7.1(c)(1).

ORDERED:

Defendant's Motion for Summary Judgement is DENIED without prejudice for failure to comply with L.R. 7.1(c)(1). Defendants may resubmit the motion in

---

[1] Doc. 33.

-1-

proper form.

DATED this 1st day of October, 2020.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge