IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| SANDRA FIKANI,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA and C&W FACILITY SERVICES, INC.,<br><br>　　　　　　　Defendants. | No. CV 19-64-BU-SEH<br><br>**ORDER** |

　　　　On September 30, 2020, the United States moved for summary judgment.[1] The motion was denied without prejudice for failure to comply with L.R. 7.1(c)(1).[2] A second motion for summary judgment was filed on October 1, 2020,[3] without a brief in support or a statement of undisputed facts as required by L.R. 7.1(d)(1)(A) and L.R. 56.1(a).

---

[1] Doc. 33.

[2] Doc. 36.

[3] Doc. 37.

ORDERED:

Defendant United States forthwith shall file an appropriate brief and statement of undisputed facts in support of the motion.

DATED this 2nd day of October, 2020.

*/s/ Sam E. Haddon*

SAM E. HADDON
United States District Judge