# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| SANDRA FIKANI,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | No. CV 19-64-BU-SEH<br><br>**ORDER** |

United States' Unopposed Motion for Leave to File Under Seal[1] is GRANTED in PART as follows:

The documents may be filed under seal subject, however, to the condition and limitation that if any information, document or material claimed by either party to be confidential is considered by the Court or relied upon by the Court in addressing or resolving any matter placed in issue, such information, document or material will immediately be made public consistent with the policy and practice of this Court to make public all information, documents and materials considered

---

[1] Doc. 57.

by the Court in addressing or resolving matters in issue.

DATED this __25th__ day of January, 2021.

*Sam E. Haddon*

SAM E. HADDON
United States District Judge