IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| SANDRA FIKANI,<br><br>                        Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>                        Defendant. | No.  CV 19-64-BU-SEH<br><br>**ORDER** |

Plaintiff has filed Motions *in Limine*.[1] The motion does not comply with L.R. 7.1(c)(1).

ORDERED:

Plaintiffs' Motions *in Limine* is DENIED without prejudice for failure to comply with L.R. 7.1(c)(1).  Plaintiff may resubmit the motion in proper form.

DATED this 13th day of April, 2021.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[1] Doc. 63.