# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| SANDRA FIKANI,<br><br>       Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant. | No. CV 19-64-BU-SEH<br><br>**ORDER** |

The Court has been informed that this case has been settled.

ORDERED:

1. All remaining deadlines in this case are VACATED.

2. The parties shall file a stipulation for dismissal and proposed order of dismissal within sixty (60) days of the date of this Order.

DATED this 1st day of July, 2021.

            SAM E. HADDON
            United States District Judge