IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| SANDRA FIKANI,<br><br>       Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant. | CV 19-64-BU-SEH<br><br>ORDER |

The parties having filed a stipulation to dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and good cause appearing,

IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, each party to bear its own costs and attorney's fees. The Clerk of Court is directed to CLOSE this case.

DATED this 9th day of August, 2021.

                               */s/ Sam E. Haddon*
                              SAM E. HADDON
                              United States District Judge